# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**  
**UNITED STATES DISTRICT JUDGE**

**6500 CHERRYWOOD LANE**  
**GREENBELT, MARYLAND 20770**  
**301-344-0052**

# M E M O R A N D U M

TO:          Counsel of Record

FROM:      Judge Roger W. Titus

RE:          *United States of America v. Michelle Sylethia Jordan, et al.*
                Criminal No. RWT-17-064

DATE:      April 25, 2018

* * * * * * * * *

The Court takes notice of the Government's Superseding Indictment [ECF No. 77] and Defendant Michael Paul Anthony Welsh's ("Welsh") Motion to Exclude the Government's Late Produced Evidence, or, Alternatively, Require the Government to Identify its Case-in-Chief Evidence [ECF No. 79].

The Government **SHALL RESPOND** to Welsh's Motion on or before **4:00 p.m. on April 30, 2018.** Welsh **MAY FILE ANY REPLY** to the Government's Response on or before **4:00 p.m. on May 3, 2018.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                   /s/
                                      Roger W. Titus
                                      United States District Judge